**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 28 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TRANG NGUYEN, *on behalf of herself and all others similarly situated*,

                Plaintiff,

-against-

U-HAUL CO. OF NEW YORK AND VERMONT, U-HAUL INTERNATIONAL, INC., and AMERCO

                Defendants.

---

1: 17-cv-3947

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff are hereby dismissed with prejudice in their entirety as against the Defendants, U-HAUL CO. OF NEW YORK AND VERMONT, U-HAUL INTERNATIONAL, INC., and AMERCO, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: August 25, 2017
       New York, New York

                              LEE LITIGATION GROUP, PLLC
                              30 East 39th Street, Second Floor
                              New York, NY 10016
                              Tel.: (212) 465-1188

                              /s/ C.K. Lee
                              C.K. Lee, Esq. (CL 4086)

SO ORDERED:

s/ RJD
_____
U.S.D.J    8/28/17